AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| CANDELARIA PALACIOS, Individually and as Representative of the Estate of SAUL VARGAS, Deceased, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> GALVESTON COUNTY, TEXAS; § <br> SKYLER RAY CHAPMAN, Individually; § <br> SERGEANT ANDREW HYDE, Individually; § <br> OFFICER SMITH, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:26-cv-00152 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Officer Smith

Galveston County Sheriff's Office
601 54th Street
Galveston, Texas 77551

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Taylor McCray Hunter, Esq.

Hunter Law Corporation, PC Texas Office
4131 North Central Expressway Suite 900
Dallas, Texas 75204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____

*Signature of Clerk or Deputy Clerk*