# AFFIDAVIT OF SERVICE

RECEIVED
MAY 1 5 2026
By DHW 1400 hrs
CIVIL Court

**State of Texas**                          **County of DISTRICT**

Case Number: 3:26-CV-00152

Plaintiff: **CANDELARIA PALACIOS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SAUL VARGAS, DECEASED, ET AL.**

vs.

Defendant: **GALVESTON COUNTY, TEXAS; SKYLER RAY CHAPMAN, INDIVIDUALLY; SERGEANT ANDREW HYDE, INDIVIDUALLY; OFFICER SMITH, ET AL.**

For:
HUNTER LAW CORPORATION
3400 NORTH CENTRAL EXPRESSWAY, STE. 110
RICHARDSON, TX 75080

Received by Orbit Process Service on the 17th day of May, 2026 at 9:24 am to be served on **OFFICER THOMPSON, 5700 AVE H, GALVESTON, GALVESTON County, TX 77551.**

I, Orbit Process Service, being duly sworn, depose and say that on the **18th day of May, 2026 at 10:00 am,** I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT** with the date and hour of service endorsed thereon by me, to: **OFFICER THOMPSON** at the alternate address of: **5700 AVE H, GALVESTON, GALVESTON County, TX 77551**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: BLACK, Height: 6'0", Weight: 175, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ~~19th~~ 18 DW day of May, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Doug H Wilson          PSC-17997
**Orbit Process Service**    Exp 2-28-2028
Process Server
5.18.2026
**Date**

HUNTER LAW CORPORATION
3400 NORTH CENTRAL EXPRESSWAY STE. 110
RICHARDSON, TX 75080
(214) 206-1200

Our Job Serial Number: ORB-2026000120

ROXANA ARRAZOLA
Notary Public, State of Texas
My Comm. Exp. 02-11-2029
ID No. 135500817

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V

# Priority: **STANDARD**



**RECEIVED**
MAY 1 5 2026
By DHW 1400 hy   DW

# Field Sheet #2026000120

Received: 5/17/2026 at 9:24 am
**Court Date:**          **Filed:**

**SERVE:**
**Work: OFFICER THOMPSON,** ~~601 54TH STREET, GALVESTON,~~ GALVESTON County,
**TX 77551**

**SPECIAL INSTRUCTIONS:**

| Attempts | | | Server: **Orbit Process Service** |
|---|---|---|---|
| | Date | Time | Comments |
| 1. | 5/18 | 1000 AM | |
| 2. | / | | |
| 3. | / | | |
| 4. | / | | |
| 5. | / | | Served AT ALT ADDRESS |
| 6. | / | | 5700 Ave H |
| 7. | / | | Galveston County |
| 8. | / | | Galveson TX 77551 |

**SERVED**
5.18.2026 @ 1000 AM

**Actual Service Info**

|  | | | | Married?_____ | | |
|---|---|---|---|---|---|---|
| _____ | _____ | Type: ALT ADDRESS | | Military?_____ | | Miles _____ |
| Served on: | | 5700 Ave H | As: | | | Hours _____ |
| Address: | | Galveston TX 77551 | | | | Additional Addr: 1 2 3 |
| Comments: | | | | | | Courier _____ |
| | | ~~10000 Emmett F. Lowry Exp. STe 1152~~ | | | | Out of Pocket Costs |
| | | ~~Texas City TX 77591~~ DW | | | | _____ |

Age **60**   Sex Ⓜ F   Race **Black**   Height **6'0"**   Weight **175**   Hair **Black**   Glasses Y Ⓝ

**Case Number:** 3:26-CV-00152   DISTRICT   CIVIL
Plaintiff
CANDELARIA PALACIOS, INDIVIDUALLY

Defendant
GALVESTON COUNTY, TEXAS; SKYLER R

**Type of Writ: SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT**

Client:   TAYLOR HUNTER
Firm:     HUNTER LAW CORPORATION
Phone:   (214) 206-1200    Fax:
Client Reference Number:

I acknowledge receipt of the documents listed above and confirm
that the within named party / is not in active military service.

X _____
Signature of Recipient
V. E. THOMPSON # 7552

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V