| | | |
|---|---|---|
| **CANDELARIA PALACIOS, Individually** | § | |
| **and as Representative of the Estate of** | § | |
| **SAUL VARGAS, Deceased; MARINA** | § | |
| **LUJAN, Individually; JORGE VARGAS,** | § | |
| **Individually; SAUL PALACIOS VARGAS,** | § | |
| **Individually, and RPV, a minor by and** | § | |
| **through Next Friend Candelaria Palacios;** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 3:26-CV-00152** |
| **GALVESTON COUNTY, TEXAS;** | § | |
| **SKYLER RAY CHAPMAN, Individually;** | § | |
| **SERGEANT ANDREW HYDE,** | § | |
| **Individually; OFFICER SMITH,** | § | |
| **Individually; OFFICER THOMPSON,** | § | |
| **Individually; JANE DOE, Individually** | § | |
| **(VitalCore Nurse); and VITALCORE** | § | |
| **HEALTH STRATEGIES, LLC,** | § | |
| *Defendants.* | § | |

**DEFENDANT, VITALCORE HEALTH STRATEGIES, LLC'S ORIGINAL ANSWER &
AFFIRMATIVE DEFENSES TO PLAINTIFFS' ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW INTO COURT, through undersigned counsel, comes Defendant, Vitalcore Health

Strategies, LLC, who hereby files its Original Answer and Affirmative Defenses in response to the

Complaint for Damages asserted by Plaintiffs and respectfully avers as follows:

**I.
DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

1.      Answering Paragraph 1 of the Complaint, Defendant makes no answer to the

allegations contained therein, as these allegations are not directed against this Defendant.  To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

2.	Answering Paragraph 2 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

3.	Answering Paragraph 3 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

4.	Answering Paragraph 4 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

5.	Answering Paragraph 5 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

6.	Answering Paragraph 6 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

7.	Answering Paragraph 7 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

8. Answering Paragraph 8 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

9. Answering Paragraph 9 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

10. Answering Paragraph 10 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

11. Answering Paragraph 11 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

12. Answering Paragraph 12 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

13. Defendant denies the allegations contained in Paragraph 13 of the Complaint on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

14.     Defendant denies the allegations contained in Paragraph 14 of the Complaint on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

15.     Paragraph 15 of the Complaint contains statements of law that do not require a response from Defendant.  To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

16.     Paragraph 16 of the Complaint contains statements of law that do not require a response from Defendant.  To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

17.     Answering Paragraph 17 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant.  To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

18.     Answering Paragraph 18 of the Complaint, Defendant admits that the Plaintiff was prescribed certain medication.  To the extent that a further answer is required, Defendant denies the allegations as written.

19.     With regard to Paragraph 19 of the Complaint, Defendant admits that Galveston County contracted with VitalCore for the provision of certain healthcare services at the Galveston County Jail.  To the extent that a further answer is required, Defendant denies the allegations as written.

20.     With regard to Paragraph 20 of the Complaint, Defendant admits that Galveston County contracted with VitalCore for the provision of certain healthcare services at the Galveston

County Jail. To the extent that a further answer is required, Defendant denies the allegations as written.

21. Answering Paragraph 21 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

22. Answering Paragraph 22 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

23. Answering Paragraph 23 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

24. Answering Paragraph 24 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

25. Answering Paragraph 25 of the Complaint, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

26. Answering Paragraph 26 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

27. Answering Paragraph 27 of the Complaint, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

28. Answering Paragraph 28 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

29. Answering Paragraph 29 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

30. Answering Paragraph 30 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

31. Answering Paragraph 31 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

32. Answering Paragraph 32 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

33. Answering Paragraph 33 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

34. Answering Paragraph 34 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

35. Answering Paragraph 35 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

36. Answering Paragraph 36 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

37. Answering Paragraph 37 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

38. Answering Paragraph 38 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

39. Answering Paragraph 39 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

40. Answering Paragraph 40 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

41. Answering Paragraph 41 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

42. Answering Paragraph 42 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

43. Answering Paragraph 43 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

44. Answering Paragraph 44 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

45. Paragraph 45 of the Complaint contains statements of law that do not require a response from Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

46. Answering Paragraph 46 of the Complaint, Defendant denies the allegations as written.

47. Answering Paragraph 47 of the Complaint, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

48. Answering Paragraph 48 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

49. Answering Paragraph 49 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

50. Answering Paragraph 50 of the Complaint, Defendant denies the allegations.

51. Answering Paragraph 51 of the Complaint, Defendant denies the allegations

52. Answering Paragraph 52 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

53. Answering Paragraph 53 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

54. Answering Paragraph 54 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

55. Answering Paragraph 55 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

56. Answering Paragraph 56 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

57. Answering Paragraph 57 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

58. Answering Paragraph 58 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the

extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

59. Answering Paragraph 59 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

60. Answering Paragraph 60 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

61. Answering Paragraph 61 of the Complaint, Defendant makes no answer to the allegations contained therein, as these allegations are not directed against this Defendant. To the extent that a further answer is required, Defendant denies the allegations on the grounds that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

## II.
## <u>AFFIRMATIVE DEFENSES</u>

### First Affirmative Defense

62. Defendant submits that the Plaintiffs have failed to exhaust all available administrative remedies available to them prior to filing this civil action, which should be dismissed in accordance with the Prison Litigation Reform Act ("PLRA").

### Second Affirmative Defense

63. As a further defense, if such is necessary, Defendant, who was acting in its official capacity as a government contractor, submits that it is immune from suit and should be dismissed from this proceeding.

**Third Affirmative Defense**

64. As a further defense, if such is necessary, Defendant asserts that the allegations made by Plaintiff fail to state a cause and/or right of action against it upon which relief can be granted.

**Fourth Affirmative Defense**

65. As a further defense, if such is necessary, Defendant submits that if Plaintiffs suffered damages as alleged, such damages were the proximate result, in whole or in part, of Saul Vargas' own contributing or comparative negligence and any damages to which Plaintiffs are entitled should be reduced in an amount proportionate to the extent that Mr. Vargas' actions contributed to same.

**Fifth Affirmative Defense**

66. As a further defense, if such is necessary, Defendant submits that if Plaintiffs suffered damages as alleged, the alleged damages sustained were caused by certain instrumentalities that the Defendant did not control and was not responsible for.

**Sixth Affirmative Defense**

67. As a further defense, if such is necessary, Defendant submits that if Plaintiffs suffered damages as alleged, the alleged damages sustained were caused by co-defendants and/or other third parties, who the Defendant did not control and was not responsible for.

**Seventh Affirmative Defense**

68. As a further defense, if such is necessary, Defendant submits that the purported injury and/or damages sustained by Plaintiffs were not caused by or related to Defendant's acts or omissions, but instead were caused by separate intervening conditions or events, in whole or in part, for which the Defendant is not responsible.

**Eighth Affirmative Defense**

69. As a further defense, if such is necessary, Defendant submits that Mr. Vargas' injuries were sustained while he was committing a crime and/or unlawful act.

**Ninth Affirmative Defense**

70.     As a further defense, if such is necessary, Defendant submits that some of the Plaintiffs may not have proper standing to bring wrongful death claims.

WHEREFORE PREMISES CONSIDERED, Defendant, Vitalcore Health Strategies, LLC prays that the Court, after notice and hearing or trial, enter judgment in favor of Defendant and award to Defendant its costs of court and such other and further relief to which Defendant is entitled.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Brian Comarda*
    **BRIAN COMARDA**
    SDTX Bar No. 705516
    1900 West Loop South, Suite 1000
    Houston, Texas 77027
    Telephone: (713) 490-4867
    Facsimile: (713) 961-3938
    E-mail: bcomarda@grsm.com

**ATTORNEY FOR DEFENDANT,**
**VITALCORE HEALTH STRATEGIES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically on the 11th day of June 2026, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same, and satisfies the requirements of FED. R. CIV. P. 5(b)(2)(D).

                                        */s/ Brian Comarda*
                                        BRIAN COMARDA